UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-41575 |
|---|---|
| LARRY RICHARD WARD | (Chapter 13) |
| CYNTHIA ANN WARD | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4050451**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 13 | SEARS DENTAL & DAYTON ORTHODONTICS<br>2700 MIAMISBURG CENTERVILLE RD<br>DAYTON, OH  45459 | 15.59 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/9/2010

Certificate of Service                           05-41575

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

LARRY RICHARD WARD
CYNTHIA ANN WARD
2844 WILBRAHAM ROAD
MIDDLETOWN, OH  45042

HAROLD JARNICKI
576 MOUND CT
SUITE B
LEBANON, OH  45036

(16.1n)
B LINE LLC
2101 FOURTH AVE
SUITE 1030
SEATTLE, WA  98121

(18.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(19.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(13.1)
SEARS DENTAL & DAYTON
ORTHODONTICS
2700 MIAMISBURG CENTERVILLE RD
DAYTON, OH  45459

(17.1n)
UNION ACCEPTANCE CORP C/O SST
501 ELM ST STE 400 LB 13
DALLAS, TX  75202

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv